```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

THOMAS BROWN, individually, etc.,  )
                                   )
                Plaintiff,         )
                                   )
     v.                            )   No.  06 C 617
                                   )
COUNTY OF COOK, et al.,            )
                                   )
                Defendants.        )

## SUPPLEMENT TO MEMORANDUM ORDER

After this Court had already issued its memorandum order granting the filing extension requested by plaintiff's counsel, this afternoon's mail delivered to chambers included the courtesy copy of that motion. This supplement is issued in the interest of completing the record--and under the circumstances (plaintiff's counsel offices in Lockport, making it more understandable that the requirement of personal delivery was not complied with) the portion of the order requiring a payment to the Clerk's Office is vacated.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 13, 2007