THOMAS BROWN, individually, etc.,  )
                            )
              Plaintiff,    )
                            )
  v.                       )    No.  06 C 617
                            )
COUNTY OF COOK, et al.,        )
                            )
              Defendants.   )

## SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

This is far from the first time this Court has had occasion to comment on the surprising frequency with which serendipity is encountered in the course of the judging process. In this instance this Court's April 4, 2008 memorandum opinion and order ("Opinion") dismissed the attempted association-in-fact RICO-based charges that constituted the principal gravamen of the First Amended Class Action Complaint brought by Thomas Brown ("Brown"). Now, less than a week later (indeed, only yesterday), this Court received and read the package of the preceding week's slip opinions from our Court of Appeals. And that package included a startlingly parallel opinion and ruling that actually antedated the Opinion by three days: Limestone Dev. Corp. v. Village of Lemont, No. 07-1438, 2008 WL 852586, at *6 (7th Cir. Apr. 1).

Limestone Development, like Brown, sought to catch the brass ring of treble damages afforded by RICO--and Limestone Development, like Brown, tried to satisfy the RICO "enterprise"

requirement by alleging an association in fact.  And that effort

was rejected by the Court of Appeals in an analysis that meshed

closely with what this Court had said on that subject in the

Opinion.  Accordingly this supplement to the Opinion invokes

<u>Limestone Dev.</u> as additional authority in support of this Court's

dismissal ruling.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 9, 2008